# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERMAN CHAJCHIC,** | : | CIVIL ACTION NO. 1:17-CV-457 |
| **Petitioner** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN ROWLEY**, *et al.*, | : | |
| **Respondents** | : | |

# **ORDER**

AND NOW, this 3rd day of October, 2017, upon consideration of the report (Doc. 16) of Magistrate Judge Martin C. Carlson, recommending that the court deny the motion (Doc. 8) by petitioner German Chajchic ("Chajchic") requesting that the court reopen the above-captioned matter and either (1) order his immediate release from detention or (2) conduct an individualized bond hearing, (see id.), and the court noting that Chajchic filed objections (Doc. 17) to the report, see FED. R. CIV. P. 72(b)(2), and respondents filed a brief (Doc. 18) in opposition thereto, and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court being in full agreement with Judge Carlson's analysis, and finding same to be thorough, well-reasoned, and fully supported by

the record, and finding Chajchic's objections (Doc.17) to be without merit and squarely addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 16) of Magistrate Judge Carlson is ADOPTED.

2. Chajchic's motion (Doc. 8) to reopen the above-captioned matter is DENIED.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania